IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JLJ PRODUCTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | No. 2:25-cv-01503-JLR<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS; AND TO RENOTE |

The court, having considered the Unopposed Motion, and having found good cause, hereby ORDERS that the motion is GRANTED. Plaintiff shall have up to and including October 28, 2025 to respond to Defendant's Motion to Dismiss. The Motion to Dismiss shall be re-noted for November 4, 2025.

Dated this 6th day of October 2025.

_____
Honorable James L. Robart

[~~PROPOSED~~] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS; AND RENOTE
2:25-cv-01503-JLR .................................................. 1

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900