The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JLJ PRODUCTIONS, LLC,

    Plaintiff,

v.

AMAZON.COM SERVICES LLC,

    Defendant.

No. 2:25-cv-01503-JLR

[~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO REPLY IN SUPPORT OF MOTION TO DISMISS AND TO RE-NOTE

NOTE ON MOTION CALENDAR: October 31, 2025

For good cause shown, the Court GRANTS Defendant's unopposed motion (Dkt. # 25) and hereby extends the time for Defendant to file its reply in support of its Motion to Dismiss through and including November 11, 2025. The Motion to Dismiss (Dkt. # 17) shall be re-noted for November 11, 2025.

IT IS SO ORDERED this 4rd day of November, 2025.

_[signature]_

Honorable James L. Robart
United States District Judge

ORDER TO EXTEND TIME (2:25-cv-01503-JLR) - 1

PRESENTED BY:

DAVIS WRIGHT TREMAINE LLP

By *s/ John M. Magliery*
   John M. Magliery, WSBA #60082
   1251 Avenue of the Americas, 21st Floor
   New York, New York 10020-1104
   Telephone: (212) 489-8230
   E-mail: johnmagliery@dwt.com

   Caleah N. Whitten, WSBA #60209
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: caleahwhitten@dwt.com

*Attorneys for Defendant Amazon.com Services LLC*

ORDER TO EXTEND TIME (2:25-cv-01503-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax