HON. JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JLJ PRODUCTIONS LLC,

          Plaintiff,

    v.

AMAZON.COM SERVICES LLC,

          Defendant.

Civil Action No. 2:25-cv-01503-JLR

**JOINT MOTION TO STAY FOR MEDIATION**

Noting Date:  March 19, 2026

      Plaintiff JLJ Productions LLC and Defendant Amazon.com Services LLC, by and through their undersigned counsel of record, hereby jointly move to stay all deadlines in the above-captioned matter for the purpose of trying to resolve this dispute in mediation. The parties will be filing a joint stipulation to participate in Local Rule 39.1 mediation offered by this district.

      If mediation is not successful, the parties will request that the stay be lifted and the dates in the Initial Scheduling Order (Dkt. 36) be reset by this Court. The parties believe that staying all deadlines in this matter will allow them to conserve their resources during this time and better focus their efforts on preparing for and conducting a productive mediation.

      //

JOINT MOTION TO STAY FOR MEDIATION
2:25-cv-01503-JLR..................................................1

DATED this March 19, 2026.          Respectfully submitted,


                                      s/Jeffrey E. Danley
                                    Jeffrey E. Danley, WA Bar 52747
                                    Kevin S. Costanza, WA Bar 25153
                                    Emily M. Ross, WA Bar 64843
                                    SEED INTELLECTUAL PROPERTY LAW
                                    GROUP LLP
                                    701 Fifth Avenue, Suite 5400
                                    Seattle, WA 98104
                                    Telephone: (206) 622-4900
                                    Jeff.Danley@SeedIP.com
                                    KevinCo@SeedIP.com
                                    Emily.Ross@SeedIP.com

                                    *Attorneys for Plaintiff JLJ Productions, LLC*


                                    DAVIS WRIGHT TREMAINE LLP

                                    */s/John M. Magliery*
                                    John M. Magliery, WSBA #60082
                                    1251 Avenue of the Americas, 21st Floor
                                    New York, New York 10020-1104
                                    Telephone: (212) 489-8230
                                    E-mail: johnmagliery@dwt.com

                                    Caleah N. Whitten, WSBA #60209
                                    920 Fifth Avenue, Suite 3300
                                    Seattle, WA 98104-1610
                                    Telephone: (206) 622-3150
                                    Fax: (206) 757-7700
                                    E-mail: caleahwhitten@dwt.com

                                    *Attorneys for Defendant Amazon.com Services LLC*


JOINT MOTION TO STAY FOR MEDIATION
2:25-cv-01503-JLR.......................................................2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JLJ PRODUCTIONS LLC,

               Plaintiff,

    v.

AMAZON.COM SERVICES LLC,

               Defendant.

Civil Action No. 2:25-cv-01503-JLR

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY FOR MEDIATION**

      Having considered the Joint Motion to Stay for Mediation, the Motion is GRANTED.

      IT IS HEREBY ORDERED that all deadlines in the above captioned case are stayed pending mediation.  The plaintiff will notify the Court within 5 business days of the conclusion of the mediation to inform the Court of the outcome and to request that the pending dates on the initial order be reset if necessary.

DATED this __20th__ day of March 2026.

_____
HON. JAMES L. ROBART
United States District Judge

Presented by:

  *s/Jeffrey E. Danley*
Jeffrey E. Danley
Kevin S. Costanza
Emily M. Ross
SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Jeff.Danley@SeedIP.com
KevinCo@SeedIP.com
Emily.Ross@SeedIP.com

*Attorneys for Plaintiff JLJ Productions, LLC*

JOINT MOTION TO STAY FOR MEDIATION
2:25-cv-01503-JLR....................................................3

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900