HON. JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JLJ PRODUCTIONS LLC,

              Plaintiff,

    v.

AMAZON.COM SERVICES LLC,

              Defendant.

Civil Action No. 2:25-cv-01503-JLR

**JOINT STIPULATED MOTION TO ENTER MEDIATION UNDER L.R. 39.1(c)**

Noting Date:  March 19, 2026

Plaintiff JLJ Productions LLC and Defendant Amazon.com Services LLC hereby jointly stipulate to enter mediation pursuant to L.R. 39.1(c).

DATED this March 19, 2026.

Respectfully submitted,

  _s/Jeffrey E. Danley_
Jeffrey E. Danley, WA Bar 52747
Kevin S. Costanza, WA Bar 25153
Emily M. Ross, WA Bar 64843
SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Jeff.Danley@SeedIP.com
KevinCo@SeedIP.com
Emily.Ross@SeedIP.com

*Attorneys for Plaintiff JLJ Productions, LLC*

STIPULATED MOTION TO ENTER MEDIATION
UNDER L.R. 39.1
2:25-cv-01503-JLR.....................................................1

DAVIS WRIGHT TREMAINE LLP

*/s/John M. Magliery*
John M. Magliery, WSBA #60082
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Telephone: (212) 489-8230
E-mail: johnmagliery@dwt.com

Caleah N. Whitten, WSBA #60209
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: caleahwhitten@dwt.com

*Attorneys for Defendant Amazon.com Services LLC*

STIPULATED MOTION TO ENTER MEDIATION
UNDER L.R. 39.1
2:25-cv-01503-JLR.......................................................2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JLJ PRODUCTIONS LLC,

                Plaintiff,

    v.

AMAZON.COM SERVICES LLC,

                Defendant.

Civil Action No. 2:25-cv-01503-JLR

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO ENTER MEDIATION UNDER L.R. 39.1(c)**

Having considered the Stipulated Motion to Enter Mediation Under L.R. 39.1(c), the Motion is GRANTED.

    IT IS HEREBY ORDERED.

DATED this   20th   day of March 2026.

_____
HON. JAMES L. ROBART
United States District Judge

Presented by:

  _s/Jeffrey E. Danley_
Jeffrey E. Danley
Kevin S. Costanza
Emily M. Ross
SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Jeff.Danley@SeedIP.com
KevinCo@SeedIP.com
Emily.Ross@SeedIP.com

*Attorneys for Plaintiff JLJ Productions, LLC*

STIPULATED MOTION TO ENTER MEDIATION
UNDER L.R. 39.1
2:25-cv-01503-JLR....................................................3